THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Robert Little,       
Petitioner,
 
 
 

v.

 
 
 
State of South Carolina,        Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Lancaster County
Lee S. Alford, Trial Judge
Kenneth G. Goode, Post-Conviction Relief Judge

Memorandum Opinion No. 2005-MO-014
Submitted April 12, 2005  Filed April 25, 2005

DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, S.C. Office of Appellate Defense, of Columbia, for Petitioner.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Molly Crum, all of Columbia, for Respondent.
 
 
 

 PER CURIAM:  Petitioner seeks a writ of certiorari from the denial of his application for post-conviction relief (PCR).  In addition, petitioner asks for an appeal bond to be set.  The request for an appeal bond is denied.
Because there is sufficient evidence to support the PCR judges finding that petitioner did not knowingly and intelligently waive his right to a direct appeal, we grant certiorari and proceed with a review of the direct appeal issues pursuant to Davis v. State, 288 S.C. 290, 342 S.E.2d 60 (1986).
Petitioners appeal is dismissed, after consideration of petitioners pro se brief and review pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsels motion to be relieved is granted. 
 DISMISSED.
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.